IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SEAN JAQUANTE STROUT, | § § § § | |
| *Plaintiff*, | | |
| v. | § § § § § § | CIVIL ACTION NO. H-18-4859 |
| SARGENT FNU SMITH, | | |
| *Defendant*. | | |

# FINAL JUDGMENT

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this civil action is **DISMISSED WITHOUT PREJUDICE**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas on the _8th day of April, 2020.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE